DANIEL J. MEANEY, Appellant, *v.* EDWARD J. KEATING, Doing Business under the Name of KEATING CONSTRUCTION COMPANY, Respondent, et al., Defendants.

Argued January 21, 1953; decided April 16, 1953.

*Henry Epstein, Edward J. S. Farrell, George A. Grabow* and *Thomas R. Sternau* for appellant.

*Archie B. Morrison, Daniel Miner, William S. O'Connor, T. Carlyle Jones* and *Robert A. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.